FILED

04/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0261

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0261

IN THE MATTER OF:

J.D.L.,

Respondent and Appellant.

## ORDER

Following entry of this Court's April 11, 2023 Opinion reversing the commitment order in this case, Respondent and Appellant J.D.L. has moved for immediate remittitur. J.D.L. represents that the State of Montana does not oppose this motion. Good cause appearing,

IT IS ORDERED that remittitur shall issue immediately.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2023